In the Matter of CHARLES E. COLLIGAN, an Attorney.— Reference ordered

to Hon. John W. Goff, official referee. Settle order on notice. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Philbin, JJ.